UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Stephanie Perry v. Bayer Corporation, et al.*        No. 10-cv-10180-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 30, 2014 (Doc. 26), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Cheryl A. Ritter*
Deputy Clerk

Date: December 30, 2014

Digitally signed by
David R. Herndon
Date: 2014.12.30
14:36:01 -06'00'

APPROVED:
           U. S. DISTRICT JUDGE